IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT F. RIVERA, #518568 ) <br> ) <br>       Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> LINDA LINGLE, GOVERNOR, ) <br> GEORGINA K. KAWAMURA, DIR. OF ) <br> BUDGET & FINANCE, HAWAII ) <br> DEP'T OF CORRS., U.S. SENATOR ) <br> DAN AKAKA, AND U.S. REP. ED ) <br> CASE, et al., ) <br> ) <br>       Defendants. ) <br> _____ ) | CIV. NO. 06-00406 ACK-LEK <br><br> ORDER DENYING IN FORMA <br> PAUPERIS REQUEST AND <br> DISMISSING COMPLAINT AND <br> ACTION PURSUANT TO 28 U.S.C. <br> § 1915(g) |

**ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING COMPLAINT AND ACTION PURSUANT TO 28 U.S.C. § 1915(g)**

*Pro se* plaintiff Vincent F. Rivera, who is a prisoner at the Florida State Prison, has filed a prisoner civil rights complaint and a request to proceed *in forma pauperis* in this Court. Rivera has on at least three prior occasions filed civil actions in the federal courts which were dismissed as frivolous, malicious, or for failure to state a claim. *See Rivera v. Allin*, 144 F.3d 719 (11th Cir. 1998) (upholding the district court's "three strikes" dismissal of one of Rivera's previous actions). In fact, Rivera has filed hundreds of civil actions in the federal courts in the past ten years, many, if not all, of which have been dismissed as frivolous, malicious, or for failure to state a claim. *See In re: Vincent F. Rivera*, Civil No. 3:05-mc-000021, unpub. disp. (M. Dist. Fla, May 5, 2005) (entering a vexatious litigant order

against Rivera and detailing his long history in the Florida federal courts); *see also* U.S. Party/Case Index, PACER Service Center, http://pacer.psc.uscourts.gov. ("Pacer").[1]  Pacer reveals that Rivera has now decided to branch out to the other United States district courts, including those in California, Oregon, Nevada, Texas, Wyoming, New Hampshire, Virginia, Tennessee, Alabama, New York, Arizona, Alaska, Utah, Missouri, South Dakota, Pennsylvania, Illinois, and of course, Hawaii.  *See id.*

A prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  The plain language of the statute requires the court to consider all prior dismissed actions, regardless of where the action was dismissed, so long as the action was dismissed by "a court of the United States."  28 U.S.C. § 1915(g).

---

[1] Rivera's many actions, as documented on Pacer and in each listed court's database, reveal that he has filed numerous motions, affidavits, post-judgment motions and documents in each of these cases. In addition, the Court notes that while Rivera has more than three hundred federal actions listed on the Pacer U.S. Case/Party Index, not all federal courts are represented on this database, nor are state court actions.

In the present action Rivera does not allege, and the subject matter of this action does not indicate, that he is in imminent danger or serious physical injury.  Furthermore, based on Rivera's incarceration in Florida, if Rivera did make a credible allegation of imminent danger or serious physical injury, venue for such a claim would not lie in Hawaii, but in Florida where this imminent danger would presumably be occurring.

Rivera has not remitted the statutory filing fee for instituting this action.  Accordingly, Rivera's request for *in forma pauperis* status is DENIED and his complaint and action are DISMISSED without prejudice to the commencement of a new action in which he pays the filing fee in full at the time he files his complaint.  The Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 15, 2006.



_____
Alan C. Kay
Sr. United States District Judge

RIVERA v. LINGLE, et al., Civ. No. 06-00406 ACK-LEK; ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING COMPLAINT AND ACTION PURSUANT TO 28 U.S.C. § 1915(g); dmp\3 strikes orders\Rivera, Vincent F. 06-406