IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VINCENT F. RIVERA, #518568 | ) | CIV. NO. 06-00406 ACK-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION TO AMEND |
| vs. | ) | COMPLAINT |
| | ) | |
| LINDA LINGLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER DENYING MOTION TO AMEND COMPLAINT

On July 27, 2006, *pro se* plaintiff Vincent F. Rivera, a prisoner at the Florida State Prison, filed a prisoner civil rights complaint and a request to proceed *in forma pauperis* in this Court.  Because Rivera had, on at least three prior occasions, filed civil actions in the federal courts which were dismissed as frivolous, malicious, or for failure to state a claim, *see Rivera v. Allin*, 144 F.3d 719 (11th Cir. 1998), this Court dismissed the Complaint and action and denied the *in forma pauperis* application, without prejudice to refiling upon payment of the statutory filing fee.  (*See* Docket No. 5, <u>Order Denying In Forma Pauperis Request and Dismissing Complaint and Action Pursuant to 28 U.S.C. § 1916(g)</u>, ("August 16 Order").)

In the August 16 Order, this Court noted that Rivera has filed hundreds of civil actions in the federal courts, most of which were dismissed as frivolous, malicious, or for failure to state a claim.  *See* U.S. Party/Case Index, PACER Service Center, http://pacer.psc.uscourts.gov. ("Pacer").  The August 16 Order further noted that Rivera has a history of filing numerous post-judgment motions in his dismissed cases, and that the United States District Court for the Middle District of Florida had entered a vexatious litigant order against Rivera, in an attempt to curtail these numerous post-judgment motions.  *See In re: Vincent F. Rivera*, Civil No. 3:05-mc-000021, unpub. disp. (M. Dist. Fla, May 5, 2005) (entering a vexatious litigant order against Rivera and detailing his long history in the Florida federal courts).

Apparently, between the time that Rivera filed his Complaint in this Court, and the time that the Court reviewed and dismissed the Complaint and action, Rivera filed a Motion to Amend Complaint.  (*See* Docket No. 4., entered August 11, 2006.)  The Court has now reviewed Rivera's Motion to Amend, and determines that it provides no reason to reconsider the August 16, 2006 Order dismissing the original Complaint and terminating this action, or to allow amendment of the Complaint.  The Motion to Amend is DENIED.

In an effort to prevent the abuses that the Middle District of Florida so eloquently detailed in *In re: Vincent F. Rivera*, from occurring in this case, Rivera is NOTIFIED that, other than a Notice of Appeal, he may file no further post-judgment motions in this action.  This Court is convinced that there is no basis for Rivera to file any further post-judgment motions, and will not entertain such motions, including any motions to vacate, alter or otherwise amend this Order or the August 16, 2006 Order.[1]

This Order is final.  If Rivera files further motions, the Clerk of Court is DIRECTED to terminate the motion from the pending motions report.  Such termination will serve as a denial of the motion, pursuant to the directions of this Order.

If Rivera files a Notice of Appeal, the Clerk shall process the Notice of Appeal in the normal course.  Any appeal of this Order, or of the August 16, 2006 Order would not be considered to be taken in good faith.  Rivera is not entitled to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915(g).  The Clerk shall terminate from the pending motions report any motion to proceed

---

[1] The Court is also convinced that there is no basis for Rivera to file any actions in the District of Hawaii, considering his incarceration in Florida, his lack of connection to Hawaii, and his past abusive litigant history.  The Court makes clear, however, that it is not entering a vexatious litigant order against Rivera at this time.  This Order only prevents Rivera from filing any further motions, other than notice of appeal, in this action.

*in forma pauperis* on appeal that may be filed in this case.  Such termination shall serve as a denial of the motion.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 17, 2006.



_____
Alan C. Kay
Sr. United States District Judge

RIVERA v. LINGLE, et al., Civ. No. 06-00406 ACK-LEK; ORDER DENYING MOTION TO AMEND COMPLAINT; dmp\orders 06\Rivera, Vincent F. 06-406 (DNY MOT. AMD. C)